# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. <u>05-42018-GFK</u> |
| SIEMIENIEWSKI, GEORGE ARTHUR | ) | |
| SIEMIENIEWSKI, SONJA LAVONNE | ) | TRUSTEE'S FINAL REPORT AND |
| | ) | PROPOSED DISTRIBUTION |
| Debtor (s) | ) | |

The undersigned Trustee submits the following Final Report and Proposed Distribution:

1.      That attached hereto as <u>Form 1</u> is an accounting of the trustee's disposition of all property of the estate.

2.      That attached hereto as <u>Form 2</u> is an itemized statement of the trustee's receipts and disbursements showing total receipts of $<u>25,726.09</u>, disbursements of $7,485.59, and balance on hand of $<u>18,240.50</u>. The balance on hand will remain in the estate's interest-bearing account until the date of distribution. The additional interest earned, if applicable, will be distributed pro-rata pursuant to the applicable section(s) of the Bankruptcy Code.

3.      The trustee has examined all proofs of claim and all objections to such proofs have been determined by the Court or settled by the parties.  The trustee has attached copies of any such orders or settlements.

4.      The trustee proposes to pay the following liens, or other interests in property of the estate totaling $_____  (not including interim disbursements reported on Form 2):

| Name of <u>Entity</u> | Nature of <u>Interest</u> | Proposed <u>Payment</u> |
|---|---|---|
| | | |

5.      The maximum allowable trustee compensation is $<u>3,251.78</u>.  The trustee has received $<u>0.00</u> for interim compensation, and $<u>0.00</u> for reimbursement of interim expenses and requests an additional $<u>3,251.78</u> for final compensation and an additional $<u>221.71</u> for final reimbursement of expenses.

6.      The trustee proposes to distribute the balance remaining after deduction of any amounts in paragraph 4 in accordance with 11 U.S.C. §726 as follows:

(a)     $8,888.14, for administrative expenses not previously disbursed, including Trustee compensation and reimbursement requested in paragraph 5, Court costs, requests by professionals, agents and committees and other expenses necessary to preserve the estate as itemized below or in Exhibit A attached hereto:

| Name of Entity | Type of Service or Expense | Amount Requested | Proposed Allowance |
|---|---|---|---|
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE FEES | 3,251.78 | 3,251.78 |
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE EXPENSES | 221.71 | 221.71 |
| FULLER, SEAVER & RAMETTE, P.A. | TRUSTEE ATTORNEY FEES | 1,013.25 | 1,013.25 |
| LEONARD OBRIEN SPENCER GALE & SAYRE | TRUSTEE ATTORNEY FEES | 2,430.50 | 2,430.50 |
| LINDA  M. BERREAU | ACCOUNTANT FEES | 1,906.50 | 1,906.50 |
| FULLER, SEAVER & RAMETTE, P.A. * | TRUSTEE ATTORNEY EXPENSES | 20.10 | 20.10 |
| LEONARD, O'BRIEN, SPENCER, GALE & S | TRUSTEE ATTORNEY EXPENSES | 5.00 | 5.00 |
| LINDA M. BERREAU * | ACCOUNTANT EXPENSES | 39.30 | 39.30 |
| | Total | 8,888.14 | 8,888.14 |

(b)     $0.00  for priority creditors, in the order specified in §507(a) (2)-(9), as itemized below or in Exhibit B-1 attached hereto (if wage claims are paid, attach Exhibit B-2):

| Name of Entity | Claim No. | Priority Class | Amount Claimed | Amount to be Paid |
|---|---|---|---|---|

(c)     $9,352.36, for unsecured creditors allowed in the total amount of $78,669.41, yielding a dividend of 11.8881786% as itemized below or in Exhibit C attached hereto:

| Name of Entity | Claim No. | Amount Claimed or Allowed | Amount to be paid |
|---|---|---|---|
| AMERICAN FAMILY FINANCIAL  SER | 000001 | 2,773.49 | 329.72 |
| CHASE BANK USA NA | 000003 | 30,484.46 | 3,624.05 |
| CITIBANK SOUTH DAKOTA NA | 000008 | 7,546.50 | 897.14 |
| CITIBANK SOUTH DAKOTA NA* | 000009 | 20,361.88 | 2,420.66 |
| CITIBANK USA NA | 000004 | 5,101.21 | 606.44 |
| DIRKS-BLEM FUNERAL SERVICE, INC.** | 000011A | 5,095.03 | 605.70 |
| DISCOVER FINANCIAL SERVICES | 000005 | 1,815.61 | 215.84 |
| DISCOVER FINANCIAL SERVICES* | 000006 | 3,391.10 | 403.14 |
| RECOVERY MANAGEMENT SYSTEMS CORP | 000007 | 1,025.48 | 121.91 |
| RENVILLE UTILITIES DEPT | 000002 | 1,074.65 | 127.76 |
| Total | | $78,669.41 | $9,352.36 |

7.	The trustee's distribution of gross receipts of $25,726.09 from liquidation of all property of the estate is summarized below:

| $ | 3,251.78 | a. | Trustee Compensation |
|---|---|---|---|
| $ | 3,443.75 | b. | Fee for Attorney for Trustee |
| $ | 0.00 | c. | Fee for Attorney for Debtor |
| $ | 3,906.50 | d. | Other Professionals |
| $ | 5,063.37 | e. | All expenses, including Trustee and Court costs |
| $ | 0.00 | f. | Secured Creditors |
| $ | 0.00 | g. | Priority Creditors |
| $ | 9,352.36 | h. | Unsecured Creditors |
| $ | 0.00 | i. | Other Payments, except to Debtor (including interests other than secured claims and exemptions to debtors--i.e. payment of a co-owner's interest in property liquidated by trustee) |
| $ | 25,017.76 | j. | SUBTOTAL (sum of lines a through i) |
| $ | 708.33 | k. | Payments to Debtor (including payments of exemptions) |
| $ | 25,726.09 | l. | TOTAL DISBURSEMENTS (sum of lines j and k) |

8.	The undersigned trustee certifies to the Court and the United States Trustee that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claim as appropriate under the proposed distribution, that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of the Court, and that the trustee has no agreement or understanding, expressed or implied, with anyone as to any division of fees in the above matter.

    WHEREFORE, the trustee requests that the Final Report and Proposed Distribution be accepted.

Dated:  September 25, 2007                           /e/ Randall L. Seaver
                                                     RANDALL L. SEAVER, Trustee
                                                     12400 PORTLAND AVENUE SOUTH
                                                     SUITE 132
                                                     BURNSVILLE, MN  55337
                                                     (952) 890-0888


                    REVIEW BY UNITED STATES TRUSTEE

    I have reviewed the trustee's Final Report and Proposed Distribution.

Dated:    November 14, 2007                          HABBO G. FOKKENA
                                                     UNITED STATES TRUSTEE
                                                     Region 12


                                             By:_____

Case No:        05-42018     GFK   Judge: Gregory F. Kishel

Case Name:      SIEMIENIEWSKI, GEORGE ARTHUR

SIEMIENIEWSKI, SONJA LAVONNE

For Period Ending: 09/26/07

Trustee Name:               RANDALL L. SEAVER

Date Filed (f) or Converted (c):   04/01/05 (f)

341(a) Meeting Date:        05/09/05

Claims Bar Date:            01/13/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS | 40.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. CASH ON HAND | 100.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. TAX REFUNDS | 450.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. 12 JUNK CARS | 50.00 | 0.00 | DA | 0.00 | FA |
| NO VALUE SO DA | | | | | |
| 5. HORSE | 300.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. WEARING APPAREL | 2,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. HOUSEHOLD GOODS AND FURNISHINGS | 4,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. FARM MACHINERY | 10,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. PENSION PLANS AND PROFIT SHARING | 5,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. TRAILER | 500.00 | 1.00 | | 471.00 | FA |
| 11. AIR STREAM TRAILER | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. BOAT, MOTOR, TRAILER | 50.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 13. FIREARMS | 800.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 14. 1991 CHEVY TRUCK | 800.00 | 0.00 | | 0.00 | FA |

Case No: 05-42018 GFK Judge: Gregory F. Kishel

Case Name: SIEMIENIEWSKI, GEORGE ARTHUR

SIEMIENIEWSKI, SONJA LAVONNE

Trustee Name: RANDALL L. SEAVER

Date Filed (f) or Converted (c): 04/01/05 (f)

341(a) Meeting Date: 05/09/05

Claims Bar Date: 01/13/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Debtor Claimed Exemption | | | | | |
| 15. 1989 FORD PICKUP | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 16. 1988 CHEVY PICKUP | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 17. FARM HOMESTEAD | 124,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 18. RENTAL PROPERTY-505 HARRISON | 1,500.00 | 0.00 | OA | 0.00 | FA |
| Vacant | | | | | |
| 19. RENTAL PROPERTY-501 HARRISON | 2,000.00 | 0.00 | OA | 0.00 | FA |
| Granson lives in this property rent free | | | | | |
| 20. RENTAL PROPERTY-313 3RD AVENUE | 1,000.00 | 0.00 | OA | 0.00 | FA |
| Vacant; needs shingles | | | | | |
| 21. RENTAL PROPERTY-320 MAPLE STREET | 1,000.00 | 0.00 | OA | 0.00 | FA |
| Vacant | | | | | |
| 22. RENTAL PROPERTY-201 3RD AVENUE | 2,000.00 | 0.00 | | 0.00 | FA |
| Rented/Elizando $300/mo. | | | | | |
| Debtor Claimed Exemption | | | | | |
| 23. RENTAL PROPERTY-400 DUPONT AVENUE | 4,000.00 | 3,041.51 | | 13,000.00 | FA |
| Rented to Robert Terrones for $300/month. | | | | | |
| 24. RENTAL PROPERTY-702 MAIN STREET | 3,000.00 | 0.00 | OA | 0.00 | FA |
| Vacant | | | | | |
| 25. RENTAL PROPERTY-506 MAIN STREET N. | 300.00 | 0.00 | OA | 0.00 | FA |
| Vacant lot | | | | | |
| 26. RENTAL PROPERTY-320 DUPONT AVENUE | 3,000.00 | 0.00 | OA | 0.00 | FA |
| Vacant | | | | | |

Case No: 05-42018 GFK Judge: Gregory F. Kishel

Case Name: SIEMIENIEWSKI, GEORGE ARTHUR

SIEMIENIEWSKI, SONJA LAVONNE

Trustee Name: RANDALL L. SEAVER

Date Filed (f) or Converted (c): 04/01/05 (f)

341(a) Meeting Date: 05/09/05

Claims Bar Date: 01/13/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. RENTAL PROPERTY-412 4TH AVENUE | 1,800.00 | 801.08 | OA | 0.00 | FA |
| 28. RENTAL PROPERTY-4004TH AVENUE | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 29. USDA COMMODITY CREDIT PAYMENTS (u) | 0.00 | 3,000.00 | | 3,192.00 | FA |
| 30. Post-Petition Interest Deposits (u) | Unknown | N/A | | 215.22 | Unknown |
| 31. 2004 TAX REFUNDS (u) | 0.00 | 1,355.00 | | 1,355.00 | FA |
| 32. 2005 TAX REFUNDS (u) | 0.00 | 984.00 | | 984.00 | FA |
| 33. REFUND OF UTILTY OVERPAYMENT (u) | 0.00 | 8.87 | | 8.87 | FA |
| 34. FUNERAL HOME PREFERENCE POSSIBLE (u) INCLUDED IN #36 | 0.00 | 0.00 | | 0.00 | FA |
| 35. 601 1ST AVE REAL ESTATE (u) SAME AS #37 | 0.00 | 0.00 | | 0.00 | FA |
| 36. JUDGMENT LIEN AGAINST DEBTORS (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 37. C/D PROPERTY 601 1ST AVE VENDORS INTEREST IN CONTRACT FOR DEED | 0.00 | 750.00 | | 750.00 | FA |
| 38. C/D PROPERTY AT 317 E MAPLE STREET | 0.00 | 750.00 | | 750.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $ 171,690.00   $ 15,691.46   $ 25,726.09   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/06     Current Projected Date of Final Report (TFR): 09/30/07

LFORM1

Ver: 12.10a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 05-42018 -GFK | |
| Case Name: | SIEMIENIEWSKI, GEORGE ARTHUR | |
| | SIEMIENIEWSKI, SONJA LAVONNE | |
| Taxpayer ID No: | *******9558 | |
| For Period Ending: | 09/26/07 | |

| | |
|---|---|
| Trustee Name: | RANDALL L. SEAVER |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4185  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 18,736,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/30/05 | 29 | United States Department of Agriculture Commodity Credit Corporation | USDA Payment | 1221-000 | 3,174.00 | | 3,174.00 |
| 05/31/05 | 30 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.59 | | 3,174.59 |
| 06/09/05 | 000101 | International Sureties, Ltd. Suite 1700 210 Baronne Street New Orleans, La.  70112 | TRUSTEE BOND Bond #016018055 | 2300-000 | | 2.52 | 3,172.07 |
| 06/30/05 | 30 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.65 | | 3,172.72 |
| 07/29/05 | 30 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.67 | | 3,173.39 |
| 08/04/05 | 10 | Prindle, Maland, Sellner, Stennes, Knutsen & Stermer, Ctd. Montevideo, MN  56265 | Settlement payment | 1129-000 | 471.00 | | 3,644.39 |
| 08/31/05 | 30 | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 1.79 | | 3,646.18 |
| 09/08/05 | 000102 | Hilb Rogal & Hobbs MBANK Payment Processing P.O. Box 2087 Lake Oswego, OR  97035 | Insurance | 2420-000 | | 922.50 | 2,723.68 |
| 09/30/05 | 30 | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 1.54 | | 2,725.22 |
| 10/18/05 | 29 | U.S. Department of Agriculture Commodity Credit | USDA Payment | 1221-000 | 18.00 | | 2,743.22 |
| 10/29/05 | 000103 | Olivia Hardware 124 S. 9th Street Olivia, MN  56277 | Change locks | 2420-000 | | 53.83 | 2,689.39 |
| 10/31/05 | 30 | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 1.39 | | 2,690.78 |
| 11/22/05 | 000104 | Joe Haen 606 Ridgewood Place SW Willmar, MN  56201 | Cleanup costs to prepare for sale | 2990-000 | | 885.07 | 1,805.71 |
| 11/29/05 | 000105 | Northern States Power Company | Electric bill | 2990-000 | | 28.94 | 1,776.77 |

|  | Page Subtotals | 3,669.63 | 1,892.86 |
|---|---|---|---|

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-42018  -GFK | | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|---|
| Case Name: | SIEMIENIEWSKI, GEORGE ARTHUR | | Bank Name: | BANK OF AMERICA, N.A. |
| | SIEMIENIEWSKI, SONJA LAVONNE | | Account Number / CD #: | *******4185  Money Market - Interest Bearing |
| Taxpayer ID No: | *******9558 | | | |
| For Period Ending: | 09/26/07 | | Blanket Bond (per case limit): | $ 18,736,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P.O. Box 9477 | | | | | |
| | | Minneapolis, MN  55484-9477 | | | | | |
| 11/30/05 | 30 | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 1.33 | | 1,778.10 |
| 12/01/05 | 000106 | Olivia TV & Appliances | Cleanup costs on sale property | 2990-000 | | 36.00 | 1,742.10 |
| | | 117 South 9th Street | Appliance disposal cost | | | | |
| | | Olivia, MN  56277 | | | | | |
| 12/01/05 | 000107 | West Central Sanitation | Disposal fee for cleanup | 2990-000 | | 190.69 | 1,551.41 |
| | | 400 Dupont | | | | | |
| | | Renville, MN | | | | | |
| 12/10/05 | 000108 | Northern Plumbing & Heating, Inc. | Winterization of property | 2990-000 | | 125.00 | 1,426.41 |
| | | 808 E. Depue | | | | | |
| | | Olivia, MN  56277 | | | | | |
| 12/30/05 | 30 | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 0.81 | | 1,427.22 |
| 01/19/06 | 000109 | Northern States Power Company | Utility bill | 2990-000 | | 8.42 | 1,418.80 |
| | | P.O. 9477 | | | | | |
| | | Minneapolis, MN  55484-9477 | | | | | |
| 01/22/06 | | Kraft, Walser, Hettig & Honsey, PLLP | Settlement payment--Dupont property | | 8,601.04 | | 10,019.84 |
| | | Trust Account | | | | | |
| | | P.O. Box 148 | | | | | |
| | | Olivia, MN  56277-0148 | | | | | |
| | 23 | KRAFT, WALSER, HETTIG & HONSEY, PLL | Memo Amount:        13,000.00 | 1110-000 | | | |
| | | | Settlement payment--Dupont property | | | | |
| | | | Memo Amount:      (    2,000.00 ) | 3510-000 | | | |
| | | | Realtor commission | | | | |
| | | | Memo Amount:      (    2,398.96 ) | 3520-000 | | | |
| | | | Settlement charges | | | | |
| 01/31/06 | 30 | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 1.57 | | 10,021.41 |
| 02/03/06 | 000110 | Northern States Power Company | Utility bill | 2990-000 | | 17.12 | 10,004.29 |
| | | P.O. Box 9477 | | | | | |

Page Subtotals      8,604.75      377.23

Ver: 12.10a

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 05-42018 -GFK | |
| Case Name: | SIEMIENIEWSKI, GEORGE ARTHUR | |
| | SIEMIENIEWSKI, SONJA LAVONNE | |
| Taxpayer ID No: | *******9558 | |
| For Period Ending: | 09/26/07 | |

| | |
|---|---|
| Trustee Name: | RANDALL L. SEAVER |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4185  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 18,736,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Minneapolis, MN  55484-9477 | | | | | |
| 02/28/06 | 30 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.13 | | 10,011.42 |
| 03/27/06 | 33 | NSP Company | Refund overpayment of utility bill | 1229-000 | 8.87 | | 10,020.29 |
| | | dba Xcel Energy | | | | | |
| | | 414 Nicollet Mall | | | | | |
| | | Minneapolis, MN  55401 | | | | | |
| 03/29/06 | 31 | George or Sonja Siemieniewski | 2004 Tax Refund | 1224-000 | 1,355.00 | | 11,375.29 |
| | | 81571 - 160th St. | | | | | |
| | | Sacred Heart, MN  56285 | | | | | |
| 03/29/06 | 000111 | City of Renville | Utility charges | 2990-000 | | 77.63 | 11,297.66 |
| | | Renville Utilities Dept. | | | | | |
| | | 221 North Main Street | | | | | |
| | | Renville, MN  56284 | | | | | |
| 03/31/06 | 30 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 8.50 | | 11,306.16 |
| 04/14/06 | 32 | Department of Finance-State Treasurer | MINNESOTA TAX REFUND | 1224-000 | 984.00 | | 12,290.16 |
| | | State of Minnesota | | | | | |
| | | St. Paul, MN | | | | | |
| 04/19/06 | 000112 | George and Sonja Siemieniewski | Exempt amount of tax refunds | 8500-000 | | 708.33 | 11,581.83 |
| | | 81571 160th Street | | | | | |
| | | Sacred Heart, MN  56285 | | | | | |
| 04/28/06 | 30 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.54 | | 11,591.37 |
| 05/31/06 | 30 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.85 | | 11,601.22 |
| 06/22/06 | 000113 | Interantional Sureties, Ltd. | Trustee bond | 2300-000 | | 9.50 | 11,591.72 |
| | | ATTN:  Marley V. Miller | Bond #016018055 | | | | |
| | | 203 Carondelolet, Ste. 500 | | | | | |
| | | New Orleans, LA  70112 | | | | | |
| 06/30/06 | 30 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.53 | | 11,601.25 |
| 07/31/06 | 30 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.85 | | 11,611.10 |
| 08/31/06 | 30 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.86 | | 11,620.96 |

Page Subtotals      2,412.13      795.46

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 05-42018  -GFK | |
| Case Name: | SIEMIENIEWSKI, GEORGE ARTHUR | |
| | SIEMIENIEWSKI, SONJA LAVONNE | |
| Taxpayer ID No: | *******9558 | |
| For Period Ending: | 09/26/07 | |

| | |
|---|---|
| Trustee Name: | RANDALL L. SEAVER |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4185  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 18,736,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/29/06 | 30 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.54 | | 11,630.50 |
| 10/31/06 | 30 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.89 | | 11,640.39 |
| 11/30/06 | 30 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.57 | | 11,649.96 |
| 12/29/06 | 30 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.89 | | 11,659.85 |
| 01/31/07 | 30 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.91 | | 11,669.76 |
| 02/21/07 | 38 | PRINDLE, MALAND, ET AL ATTORNEYS AT LAW MONTEVIDEO, MN  56265 | REAL ESTATE SALE - 601 1ST AVE | 1121-000 | 750.00 | | 12,419.76 |
| 02/28/07 | 30 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.01 | | 12,428.77 |
| 03/30/07 | 30 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.56 | | 12,439.33 |
| 04/12/07 | 36 | GEORGE OR SONJA SIEMIENIEWSKI 81571 - 160TH STREET SACRED HEART,  MN  56285 | JUDGMENT LIEN | 1249-000 | 5,000.00 | | 17,439.33 |
| 04/30/07 | 30 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 12.00 | | 17,451.33 |
| 05/31/07 | 30 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 14.82 | | 17,466.15 |
| 06/20/07 | 37 | GEORGE OR SONJA SIEMIENIEWSKI 81571 - 160TH ST SACRED HEART, MN  56285 | C/D PAYMENT 601 1ST AVE | 1110-000 | 750.00 | | 18,216.15 |
| 06/20/07 | 000114 | INTERNATIONAL SURETIES, LTD ATTN:  MARLEY V. MILLER 203 CARONDELOLET, STE 500 NEW ORLEANS, LA  70130 | TRUSTEE BOND | 2300-000 | | 21.08 | 18,195.07 |
| 06/29/07 | 30 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 14.47 | | 18,209.54 |
| 07/31/07 | 30 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 15.48 | | 18,225.02 |
| 08/31/07 | 30 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 15.48 | | 18,240.50 |

| | | |
|---|---|---|
| Page Subtotals | 6,640.62 | 21.08 |

Ver: 12.10a

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:          05-42018  -GFK

Trustee Name:          RANDALL L. SEAVER

Case Name:          SIEMIENIEWSKI, GEORGE ARTHUR

Bank Name:          BANK OF AMERICA, N.A.

SIEMIENIEWSKI, SONJA LAVONNE

Account Number / CD #:          *******4185  Money Market - Interest Bearing

Taxpayer ID No:          *******9558

For Period Ending:          09/26/07

Blanket Bond (per case limit):          $ 18,736,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts:          13,000.00 | COLUMN TOTALS | | 21,327.13 | 3,086.63 | 18,240.50 |
| | | Memo Allocation Disbursements:          4,398.96 | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 21,327.13 | 3,086.63 | |
| | | Memo Allocation Net:          8,601.04 | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 21,327.13 | 3,086.63 | |
| | | | | | | NET | ACCOUNT |
| | | Total Allocation Receipts:          13,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | Total Allocation Disbursements:          4,398.96 | Money Market - Interest Bearing - *******4185 | | 21,327.13 | 3,086.63 | 18,240.50 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | Total Memo Allocation Net:          8,601.04 | | | 21,327.13 | 3,086.63 | 18,240.50 |
| | | | | | ============== | ============== | ============== |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                    0.00

Ver: 12.10a

LFORM24

# PROPOSED DISTRIBUTION

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---------|------------|-------|----------|--------|--------------|---------------|---------------|-----------------|
| | Beginning Balance | | | | | | | $18,240.50 |
| | RANDALL L. SEAVER COMPENSATION | Admin | | $3,251.78 | $0.00 | $3,251.78 | $3,251.78 | $14,988.72 |
| | RANDALL L. SEAVER EXPENSES | Admin | | $221.71 | $0.00 | $221.71 | $221.71 | $14,767.01 |
| 000013 | LEONARD OBRIEN SPENCER GALE & SAYRE | Admin | 025 | $2,430.50 | $0.00 | $2,430.50 | $2,430.50 | $12,336.51 |
| 000014 | LEONARD, O'BRIEN, SPENCER, GALE & SAYRE | Admin | 025 | $5.00 | $0.00 | $5.00 | $5.00 | $12,331.51 |
| 000015 | LINDA  M. BERREAU | Admin | 025 | $1,906.50 | $0.00 | $1,906.50 | $1,906.50 | $10,425.01 |
| 000016 | LINDA M. BERREAU * | Admin | 025 | $39.30 | $0.00 | $39.30 | $39.30 | $10,385.71 |
| 000017 | FULLER, SEAVER & RAMETTE, P.A. | Admin | 025 | $1,013.25 | $0.00 | $1,013.25 | $1,013.25 | $9,372.46 |
| 000018 | FULLER, SEAVER & RAMETTE, P.A. * | Admin | 025 | $20.10 | $0.00 | $20.10 | $20.10 | $9,352.36 |
| 000001 | AMERICAN FAMILY FINANCIAL  SER | Unsec | 070 | $2,773.49 | $0.00 | $2,773.49 | $329.72 | $9,022.64 |
| 000002 | RENVILLE UTILITIES DEPT | Unsec | 070 | $1,074.65 | $0.00 | $1,074.65 | $127.76 | $8,894.88 |
| 000003 | CHASE BANK USA NA | Unsec | 070 | $30,484.46 | $0.00 | $30,484.46 | $3,624.05 | $5,270.83 |
| 000004 | CITIBANK USA NA | Unsec | 070 | $5,101.21 | $0.00 | $5,101.21 | $606.44 | $4,664.39 |
| 000005 | DISCOVER FINANCIAL SERVICES | Unsec | 070 | $1,815.61 | $0.00 | $1,815.61 | $215.84 | $4,448.55 |
| 000006 | DISCOVER FINANCIAL SERVICES* | Unsec | 070 | $3,391.10 | $0.00 | $3,391.10 | $403.14 | $4,045.41 |
| 000007 | RECOVERY MANAGEMENT SYSTEMS CORP | Unsec | 070 | $1,025.48 | $0.00 | $1,025.48 | $121.91 | $3,923.50 |
| 000008 | CITIBANK SOUTH DAKOTA NA | Unsec | 070 | $7,546.50 | $0.00 | $7,546.50 | $897.14 | $3,026.36 |
| 000009 | CITIBANK SOUTH DAKOTA NA* | Unsec | 070 | $20,361.88 | $0.00 | $20,361.88 | $2,420.66 | $605.70 |
| 000011A | DIRKS-BLEM FUNERAL SERVICE, INC.** | Unsec | 070 | $5,095.03 | $0.00 | $5,095.03 | $605.70 | $0.00 |

# PROPOSED DISTRIBUTION

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---------|-----------|-------|----------|--------|--------------|---------------|---------------|-----------------|
| << Totals >> | | | | $87,557.55 | $0.00 | $87,557.55 | $18,240.50 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

# Compensation and Expenses Worksheet

**Case Number:** 05-42018 GFK
**Debtor:** SIEMIENIEWSKI, GEORGE ARTHUR
**Joint Debtor:** SIEMIENIEWSKI, SONJA LAVONNE

## 1. COMPUTATION OF COMPENSATION

Total disbursements to other than the debtor are:

Pursuant to 11 U.S.C. § 326, compensation is computed as follows: $25,017.76

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | $25,017.76 | 25% of First $5,000 | $1,250.00 |
| Less | - | $5,000.00 | ($1,250 Maximum) |  |
|  | Balance | $20,017.76 | 10% of Next $45,000 | $2,001.78 |
| Less | - | $20,017.76 | ($4,500 Maximum) |  |
|  | Balance | $0.00 | 5% of Next $950,000 | $0.00 |
| Less | - | $0.00 | ($47,500 Maximum) |  |
|  | Balance | $0.00 | 3% of Balance | $0.00 |

| | |
|---|---|
| TOTAL COMPENSATION CALCULATED: | $3,251.78 |
| Less Previously Paid Compensation: | $0.00 |

**TOTAL COMPENSATION REQUESTED:** **$3,251.78**

## 2. TRUSTEE EXPENSES

The Trustee has incurred the following expenses:

| | |
|---|---|
| : MILEAGE TO RENNVILLE 200 @ 0.40 | $80.00 |
| : FEDERAL EXPRESS 1 @ 10.95 | $10.95 |
| : Federal Express 1 @ 20.02 | $20.02 |
| COPY: Photocopy/Duplication Expense 323 pages @ 0.25 / page | $80.75 |
| POST: Postage 19 each @ 0.39 / each | $7.41 |
| POST: Postage 13 each @ 0.41 / each | $5.33 |
| POST: Postage 1 each @ 0.82 / each | $0.82 |
| POST: Postage 1 each @ 2.12 / each | $2.12 |
| POST: Postage 1 each @ 3.12 / each | $3.12 |
| POST: Postage 1 each @ 5.24 / each | $5.24 |
| POST: Postage 1 each @ 5.95 / each | $5.95 |

| | |
|---|---|
| TOTAL EXPENSES CALCULATED: | $221.71 |
| Less Previously Paid Expenses: | $0.00 |

# Compensation and Expenses Worksheet

**Case Number:** **05-42018 GFK**
**Debtor:** **SIEMIENIEWSKI, GEORGE ARTHUR**
**Joint Debtor:** **SIEMIENIEWSKI, SONJA LAVONNE**

**TOTAL EXPENSES REQUESTED:** **$221.71**

===============

**TOTAL EXPENSES AND COMPENSATION REQUESTED:** **$3,473.49**

**DATED: 09/26/07**

**SIGNED** _____    **TRUSTEE:**  **RANDALL L. SEAVER**

**12400 PORTLAND AVENUE SOUTH**

**SUITE 132**

**BURNSVILLE, MN  55337**